IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICAH DELOZIER | ) |
| | ) |
| v. | ) NO. 3-16-1433 |
| | ) JUDGE CAMPBELL |
| NATIONSTAR MORTGAGE, LLC | ) |

ORDER

Pending before the Court is Defendant's Motion for Leave to File Reply (Docket No. 27). The Motion is GRANTED, and the Clerk shall file the Reply brief and exhibit attached to the Motion as Docket Nos. 27-1 and 27-2.

IT IS SO ORDERED.

                                                       _____
                                                     TODD J. CAMPBELL
                                                     UNITED STATES DISTRICT JUDGE